Riches v. Terry et al — Doc. 1

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches; Salvatore Clemente; Antonio Lo Piccolo,
Plaintiffs

v.

Curtis Lee Terry; Ronnie Williams,
Defendants

RECEIVED CLERK'S OFFICE 2008 JAN 17 A 9:35 DISTRICT COURT DISTRICT OF SOUTH CAROLINA CHARLESTON, SC

Class Action Suit / Temporary Restraining order

Plaintiff's were convicted of wire fraud in 2003. Defendants are Identity theft victims and are seeking revenge on plaintiffs. Plaintiffs are worried that Defendants are going to inflict harm and harassment. Defendants threatened to dump plaintiffs in the Atlantic Ocean.

Plaintiffs seek a restraining order

Respectfully [signature]

Dockets.Justia.com