Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
15 JAN 2008 PM 1 L

2008 JAN 17 A 9:36
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

United States District Court
District of South Carolina
85 Broad St.
Hollings Judicial Center
Charleston, S.C. 29401

29401+2202

Legal Mail

Dockets.Justia.com

FCI/SCP WILLIAMSBURG
P O ...
SALTERS...
Date: ___

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address,

_____
Mail Room Officer